**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS**
**BY A PERSON IN STATE CUSTODY**

6:25-cv-438 JE

| United States District Court | District of Oregon |
|---|---|
| Name (under which you were convicted): Patrick Michael McAllister | Docket or Case No.: 24CR67845 |
| Place of Confinement: Lane County Adult Corrections | Prisoner (SID) No.: 17004199 |
| Petitioner (include the name under which you were convicted): Patrick Michael McAllister | v. Respondent (authorized person having custody of petitioner): Lane County Corrections Division |
| The Attorney General of the State: Dan Rayfield | |

**CONVICTION UNDER ATTACK**

1. Name and location of court that entered the judgment of conviction you are challenging:

   Lane County Circuit Court, 125 E 8th Ave. Eugene, OR 97401

2. Criminal docket or case number (if known): 24CR67845

3. (a) Date of judgment of conviction (if known): 02/24/25

   (b) Date of sentence: 02/24/25

4. Length of sentence: 30 days

5. Identify all crimes for which you were convicted and sentenced in this case:

   ~~Assaulting a Public Safety Officer (Misdemeanor)~~
   ~~Resisting arrest~~

6. What was your plea? (Check one)

   ☐ Not Guilty ☑ Guilty

   ☐ Nolo Contendere (No Contest) ☐ Insanity Plea

   If you entered a guilty plea(s), list what crimes you pleaded guilty to, and what crimes you did not plead guilty to:

   ~~Reckless Burning~~
   ~~Trespassing~~

7. If you pleaded not guilty, what kind of trial did you have? (Check one)

   ☐ Jury ☐ Judge Only

8. Did you testify at trial?

   ☐ Yes ☐ No

## EXHAUSTION OF STATE REMEDIES

### *DIRECT APPEAL*

9. Did you directly appeal from the judgment of conviction?

☐ Yes ☑ No

a. Name of court: ______________________

b. Docket or case number (if known): ______________________

c. Result: ______________________

d. Date of result and citation (if known): ______________________

e. Grounds raised:

______________________

10. Did you seek further review of the decision on appeal by a higher state court?

☐ Yes ☑ No

a. Name of court: ______________________

b. Docket or case number (if known): ______________________

c. Result: ______________________

d. Date of result and citation (if known): ______________________

e. Grounds raised:

______________________

11. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes ☑ No

a. Docket or case number (if known): ______

b. Result: ______

c. Date of result and citation (if known): ______

d. Grounds raised:

______

12. If you did not directly appeal from the judgment of conviction, explain briefly why you did not:

Counsel (Tucker S. Campbell) filed appeal on behalf of the Petitioner.

## *POST-CONVICTION RELIEF*

13. Did you file a petition for state post-conviction relief?

☑ Yes ☐ No

a. Name of court: Lane County Circuit Court

b. Docket or case number (if known): ______

c. Nature of proceeding: Unknown

d. Did you receive an evidentiary hearing?

☐ Yes ☑ No

e. Result: None

f. Date of result and citation or case number (if known): ______

g. Grounds raised:

Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

~~Sentencing Judge coerced the Petitioner to waive his two day waiting period before sentencing.~~

14. Did you appeal the result of your state post-conviction case?

☐ Yes ☑ No

a. Name of court: __________

b. Docket or case number (if known): __________

c. Result: __________

d. Date of result and citation (if known): __________

e. Grounds raised:

15. Did you seek further review of the decision on appeal by a higher state court?

☐ Yes ☑ No

a. Name of court: __________

b. Docket or case number (if known): __________

c. Result: __________

d. Date of result and citation (if known): __________

e. Grounds raised:

16. If you did not appeal from the adverse decision in your state post-conviction case, explain briefly why you did not:

Insufficient time has elapsed to allow for judicial procedure.

## GROUNDS FOR RELIEF

17. For this petition, state *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: In order to proceed in the federal court, normally you must exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list (a-j) of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise grounds other than those listed.

a. Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
b. Conviction obtained by use of coerced confession.
c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
d. Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
e. Conviction obtained by a violation of the privilege against self-incrimination.
f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
g. Conviction obtained by a violation of the protection against double jeopardy.
h. Conviction obtained by action of a grand or petit jury that was unconstitutionally selected and impaneled.
i. Denial of effective assistance of counsel at trial or on appeal.
j. Denial of right of appeal.

A. **Ground One**:
Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

**Supporting FACTS (state *briefly* without citing cases or law)**:
Counsel advised that the Defendant would be eligible for Alternative Programs, Sentencing Judge R. Curtis Conover allowed the Defendant to engage in Alternative Programs in lieu of incarceration, Lane County Corrections Division informed the Defendant that he was not eligible for Alternative Programs due to the nature of the conviction.

B. **Ground Two**:
Denial of effective assistance of counsel at trial or on appeal.

**Supporting FACTS (state *briefly* without citing cases or law)**:
Counsel did not investigate all parties involved or obtain legal documents pursuant to criminal defense. Counsel advised the Defendant that the offered plea deal was the best option through coersion.

C. **Ground Three:**

**Supporting FACTS (state *briefly* without citing cases or law):**

D. **Ground Four:**

**Supporting FACTS (state *briefly* without citing cases or law):**

## OTHER INFORMATION

18. Please answer these additional questions about the petition you are filing:

a. Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

Case has not progressed enough to necessitate Supreme Court involvement.

g. On appeal from any adverse ruling in a post-conviction proceeding:

______________________________

______________________________

21. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

☐ Yes ☑ No

a. If yes, in what court was the prior action filed? ______________________________

b. What was the prior case number? ______________________________

c. Was the prior action: ☐ Decided on the merits, or

☐ Dismissed on procedural grounds

d. Date of decision: ______________________________

e. Are there any issues in this petition raised in the prior petition?

☐ Yes ☐ No

f. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition?

☐ Yes* ☐ No

*If the answer is "Yes," you *must* attach a copy of the order received from the Ninth Circuit Court of Appeals.

22. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☑ Yes ☐ No

a. If so, give the name and location of the court that imposed the sentence to be served in the future:
Lane County Circuit Court

b. Give the date and length of sentence to be served in the future:
36 months Bench Probation

______________________________

c. Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the sentence to be served in the future?

☑ Yes ☐ No

23. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition:

______________________________

24. Date you are mailing (or handing to correctional officer for mailing) this petition to the Court:*

03/11/2025

**WHEREFORE**, petitioner prays that the Court will grant such relief to which he or she may be entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

______________________________
Signature of Attorney (if any)

**DECLARATION UNDER PENALTY OF PERJURY**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/11/2025
Date

Patrao Mutt
Signature of Petitioner

* As noted in the instructions to this form (at #8), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7021 2720 0002 5401 6751

Retail

UNITED STATES POSTAL SERVICE®

97204

RDC 99

U.S. POSTAGE PAI
FCM LG ENV
SPRINGFIELD, OR 9
MAR 11, 2025

$6.89

S2324N506084-05

Mr John McAllister
930 54th St
Springfield, OR 97478

Clerk of Court
U.S. District Court, District of Oregon
1000 SW Third Avenue, Suite 740
Portland, OR 97204-2902